People v Mainella (2025 NY Slip Op 03522)

People v Mainella

2025 NY Slip Op 03522

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: CURRAN, J.P., SMITH, GREENWOOD, DELCONTE, AND HANNAH, JJ. (Filed June 6, 2025.)

MOTION NO. (116/25) KA 23-00939.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DOMINIC MAINELLA, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument denied.